No. 996, Misc. McCABE *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 997, Misc. CALLAS *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 998, Misc. WASHINGTON *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1003, Misc. McDERMOTT *v.* DISTRICT COURT OF RILEY COUNTY. Sup. Ct. Kan. Certiorari denied.

No. 1005, Misc. CASSASA *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1010, Misc. URBANO *v.* LISTON. C. A. 4th Cir. Certiorari denied. *Russell R. Reno, Jr.,* for respondent.

No. 1011, Misc. TROIANI *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 1012, Misc. WHITE *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1018, Misc. BLANTON *v.* ROPKE, JUDGE. Ct. App. Ky. Certiorari denied. *David Kaplan* for petitioner. *John B. Breckinridge,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.

No. 1031, Misc. AZZONE *v.* TAHASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1034, Misc. ALLEN *v.* TENNESSEE. Cir. Ct., Sevier County, Tenn. Certiorari denied.